IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED

C.W., FATHER OF K.W.,
A CHILD,

      Appellant,

 v.

Case No.  5D22-2019
LT Case No. 2020-DP-000193-A

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee,

_____/

Decision filed December 5, 2022

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, and Kelley Schaeffer,
of Children's Legal Services, Bradenton, for
Appellee, Department of Children and
Families.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior
Attorney, of Statewide Guardian ad Litem
Office, Tallahassee, and Ryan C. Tyler, and
Brooke M. Mesner, of Ratzan, Weissman &
Boldt, Boca Raton, for Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.